## MISCELLANEOUS DISMISSALS

**2007–0767. State v. Jordan.**
Trumbull App. No. 2006–T–0087, 2007-Ohio-1067. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellee's motion to strike the notice of appeal, memorandum in support of jurisdiction, affidavit of indigency, and case information statement,

It is ordered by the court that the motion is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–1007. State ex rel. Ross v. Indus. Comm.**
Franklin App. No. 06AP–560, 2007-Ohio-2215.

**2007–1027. State ex rel. Consol. Biscuit Co. v. Indus. Comm.**
Franklin App. No. 06AP–47, 2007-Ohio-2214.